# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION – DETROIT

**In re:**                        Chapter 13

Deborah Lewis                 Case No. 14-54409

                                        Judge: Hon. Thomas Tucker
            Debtor(s).                /

## MOTION TO VACATE ORDER DISMISSING CHAPTER 13 CASE AND REINSTATING CHAPTER 13 CASE

NOW COMES the Debtor, Deborah Lewis, by and through counsel, Moran Law Offices, and hereby moves pursuant to Federal Rules of Bankruptcy Procedure 9024 that the Court enter an Order vacating the Order dismissing her case entered on September 15, 2014. In support of her motion, the Debtor states the following:

1. This case was dismissed due to an old credit counseling certificate that was issued more than 180 days prior to the filing of this case. that was inadvertently filed in this case.

2. Debtor's old credit counseling certificate from her prior case was inadvertently attached to the filing for this case in support of Exhibit D – Individual Debtor's Statement of Compliance with Credit Counseling Requirement.

3. Debtor has done credit counseling within the 180 days prior to filing this Chapter 13 case as was attested to on her Exhibit D.

4. Debtor received credit counseling on September 9, 2014. **See attached certificate.**

5. Debtor has filed a corrected Certificate of Credit Counseling with the correct certificate contemporaneously with the filing of this motion.

6. Under Rule 9024 of the Federal Rules of Bankruptcy Procedure, the Court may "on motion and just terms…relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons:

"(1) mistake, inadvertence, surprise, or excusable neglect;" or

"(6) any other reason that justifies relief." Fed. R.Bankr. P. 9024.

7. In the present case, Debtor and Debtor's attorney respectfully request that the Order to Dismiss be vacated as it is their position that Debtor did comply with the credit counseling requirement timely prior to filing this case and that the filing of the wrong certificate should be considered to be a mistake or inadvertence.

**WHEREFORE**, the Debtor respectfully requests that this Honorable Court vacate the Order dismissing the above case and enter an Order to Reinstate Debtor's Chapter 13 Case and Automatic Stay.

Dated: September 15, 2014              Respectfully submitted,

/s/ Ryan M. Moldovan_____
Ryan M. Moldovan  (P69819)
Attorney for Debtor
Ryan B. Moran, PLLC
25600 Woodward Ave., Suite 201
Royal Oak, MI 48067
(248) 246-6536
rmoldovan@moranlaw.com

**EXHIBIT 1**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION – DETROIT**

| | |
|---|---|
| **In re:** | Chapter 13 |
| Deborah Lewis | Case No. 14-54409 |
| | Judge: Hon. Thomas Tucker |
| _____Debtor(s)._____/ | |

## ORDER VACATING ORDER DISMISSING CHAPTER 13 CASE AND REINSTATING CHAPTER 13 CASE

The Debtor(s), Deborah Lewis, having filed a Motion Requesting Order To Reinstate Chapter 13 Bankruptcy Case and the Court being fully advised in the premise;

**IT IS HEREBY ORDERED** that the Chapter 13 Bankruptcy case be reinstated.

**IT IS FURTHER ORDERED** that the Automatic Stay is hereby reinstated.